Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

)  Case No. 6:24-cv-639 mo
)  (to be filled in by the Clerk's Office)
)
Jose Manuel Beltran
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Salem Police Department
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)  Jury Trial: (check one)  ☑ Yes  ☐ No
)
)
)
)
)
)
)
)
)

FILED 12 APR '24 10:35 USDC-ORP

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

  **A.   The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Jose Manuel Beltran
  Street Address: 4000 Aumsville Hwy
  City and County: Salem, Marion County
  State and Zip Code: Oregon, 97301
  Telephone Number:
  E-mail Address:

  **B.   The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Salem police Department police officers
- Job or Title (if known):
- Street Address:
- City and County: Salem, Marion County
- State and Zip Code: Oregon, 97301
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

☐ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, (name) Jose Manuel Beltran is a citizen of the State of (name) Oregon.

   b. If the plaintiff is a corporation
      The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,
      and has its principal place of business in the State of (name) _____.

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* Salem police department, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* Salem police department

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages *if needed*.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Seeking montery gain for my constitution proteted civil right by being violated by using excessive force & Theft #1 illegal search & seizre & pain & suffring (30 million)

# Statement of claim III

In between 4-22-23 · 5-12-23 officer Alexandra Cheremonv & Drake Foust stop me on Lancaster N.E in Salem, Oregon in front of Roth's grocery store I was standing in front of a ATM and I think the ATM has a camera installed and outside of the store also has camera's officer's stoled some inportend paper work i was in possession of paper work require for my case's im in jail fighting right now and those need those docoments and fact for my case's & 1 phone & $800 cash never was returnd to me or property receipt or evidence receipt 135.275 A law enforcement anency may not seize any cash, cashier's checks, money orders, creditcard, stock, Bond, or real person property 131A.055 promptly upon seizure of property. For police officer who seized the property make an Inventory of the seized property the Inventory may contain an estimte of the value of the seized psoperty. If seized property is take from the possession of a person or there is a person who is in apparent control of the property at the same the time. Seizure the officer's shall deliver receipt to the person when the property is seized. The prepared under this subsection must contain address telephone number of the officers or other place where the person may obtain further information. But never give me property receipt or evidence receipt so that call theft #1 by office & illegal search & seizer & there evidence everwhere cameras at the grocery store in the ATM & body cameras Dash camera see digitally recorded via body worn cameras video & audio requirement that camera worn upon officer's interaction with members of the public while the officer's is on duty for exact details check police cameras body via digitally video & audio Dash cameras store cameras ATM cameras for exact details. Also violated my constitutin civil right by illegal search & seizer & Theft #1 by officer see camera for exact details there video & audio to see for you self officer Alexandra Cheremonv still has fact & evidence & docoments that go with the other part of what I had showen officer Michael Frieze at all on video & audio to see for your self exact details see digitally recorded via body worn camera's by officer's requirement that cameras worn upon officer's interaction with member of the public while officer's is on duty and I want my thinking back from officer Alexandra Cheremonv.

On 5-30-23 Officer Brandon Gould, officer ysha Buker, Daniel claxton violated my constitution proteted civil right by excessive force by taser me excessive time officer Daniel claxton deploy his partner "GHOST" after I had give up in a prone position. After I was down on my hand and knees officer Brandon Gould hit me again with the taser. This happen at 299 lancaster, Dr N.E. four corners salem universal Auto Sales, INC 18 hours prior I had contact with officer Kevin Roberts officer Michael Frieze you can check Frieze digitally recorded video & audio body via camera of that day that I had showed him proof & documents & paper work. Officer Alexandra cheremonu still has my Fact & evidence & documents that go with the other part of what I had shown officer Michael Frieze call on video & audio to see for your self exact details see digitally recorded via body worn camera's by officer's requirement that a camera worn upon officer's interaction with mumbers of the public while officer's is on duty. I belive this contact show's blantant bais and misconduct by salem police department by targeting myself because im a know gang mumber and was targeted by police.

Relief IV
seeking montery gain for my constitution proteted civil right being violated and illegal search and seizre using excessive force & Theft #1 pain & suffering (30 million).

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-4-24

Signature of Plaintiff: *Jose Manuel Beltran*

Printed Name of Plaintiff: Jose Manuel Beltran

### B.  For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

Jose Manuel Beltran

v

Salem Police Department

I'm suiting because officer's Brandon Gould, officer Josha Buker, officer Daniel Claxton for using excessive force & violateing my constitution proteted civil right

I'm suiting because officer's Alexandra Cheremanv & Drake Foust staled some inportend paper work & documents & Iphone 14 & 800 cash so that call theft #1 by officer's. Is all on camera see camera for exact details see digitally recorded via body worn camera by officer's & Dash camera & video & audio It a requirement that cameras worn upon officers interactions withe the public while the officer's is on duty.